IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17cv-212

CARLITA RAMOS

        Plaintiff,

v.

CAROLINA MOTOR CLUB, INC.
d/b/a AAA CAROLINAS

        Defendant.

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

Carolina Motor Club, Inc. d/b/a AAA Carolinas ("AAA"), who is a Defendant, makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity? **NO**

2. Does party have any parent corporations? **NO**

    If yes, identify all parent corporation, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of a party owned by a publicly-held corporation or other publicly-held entity? **NO**

    If yes, identify all such owners:

4. Is there any other publicly-held corporation or other publicly-held entity that has a direct financial interest in the outcome of the litigation? **NO**

    If yes, identify entity and nature of interest:

This 19th day of April, 2017.

Respectfully submitted,

/s/ M. Cabell Clay
M. Cabell Clay
N.C. Bar No. 38099
Sarah H. Negus
N.C. Bar No. 44444
MOORE & VAN ALLEN, PLLC
100 North Tryon Street, Floor 47
Charlotte, NC 28202-4003
(704) 331-1000

Attorneys for Defendant

# CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing **DISCLOSURE OF CORPORATE AFFILATIONS AND OTHR ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION** was electronically filed with the Clerk of Court using the CM/ECF system, and was served on counsel for Plaintiff via email and United States Mail by placing same in a first-class postage prepaid envelope, addressed as follows:

> Kevin P. Murphy
> Van Kampen Law
> 315 E. Worthington Avenue
> Charlotte, North Carolina 28203
> kevin@vankampenlaw.com

This 19th day of April, 2017.

/s/ M. Cabell Clay
M. Cabell Clay