IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:17-CV-00212-RJC-DSC

| | |
|---|---|
| **CARLITA RAMOS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **CAROLINA MOTOR CLUB, INC.** | ) **ORDER** |
| d/b/a **AAA CAROLINAS,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |
| | ) |

**THIS MATTER** is before the Court on "Plaintiffs' Motion to Compel Discovery" (document #13) and the parties' briefs and exhibits.

This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and this Motion is now ripe for the Court's consideration.

The Court has carefully reviewed the parties' submissions, as well as the record and authorities. Plaintiff seeks production of personnel files for nine alleged comparators and three other employees who were interviewed during Defendant's investigation, as well as certain statistical information. Plaintiff also seeks supplemental responses to all its discovery requests from March 1, 2013 to the present.

For the reasons stated in Plaintiff's briefs, the Motion will be granted.

**NOW THEREFORE, IT IS ORDERED** that:

1. "Plaintiffs' Motion to Compel Discovery" (document #13) is **GRANTED**. Within fifteen days of this Order, Defendant shall:

A. Serve complete supplemental responses to Plaintiff's discovery requests with a temporal scope of March 1, 2013 to present.

B. Produce the personnel files of Lauren Stout, Sereatha Harris, Kristie Klaus, Susan Ledford, Gloria Medlock, Charlene Edwards, Vicki Sewell, Pam Walton, Darcy Grimes, Jeffrey Douglas, Alison Leguizamon, and Barbara Bernier.

C. Make full and complete responses to Interrogatories 8, 9, 10, 14 and 15.

2. The parties will bear their own costs at this time.

3. The Clerk is directed to send copies of this Order to counsel for the parties; <u>and to the Honorable Robert J. Conrad, Jr.</u>

**SO ORDERED**.

Signed: November 8, 2017

David S. Cayer
United States Magistrate Judge