IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-212-RJC-DSC

| | |
|---|---|
| CARLITA RAMOS, ) </br> ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) </br> CAROLINA MOTOR CLUB, INC., ) </br> d/b/a AAA CAROLINAS ) </br> ) </br> Defendant. ) </br> ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for the scheduling of a Judicial Settlement Conference. Pursuant to a request by the Honorable Robert J. Conrad, Jr., the undersigned will conduct a Judicial Settlement Conference.

**IT IS THEREFORE ORDERED** that a Judicial Settlement Conference shall convene on **Thursday, July 26, 2013**, at **9:30 a.m.** in Courtroom #2-2 of the Federal Courthouse, 401 W. Trade Street, Charlotte, North Carolina.

**IT IS FURTHER ORDERED** that the Clerk of Court shall reserve Courtroom #2-2 and its attached conference rooms.

**SO ORDERED**.

Signed: July 25, 2018

David C. Keesler
United States Magistrate Judge